PAUL J. FISHMAN
United States Attorney
JORDAN M. ANGER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.: (973) 645-2829

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Hon. William J. Martini |
|---|---|
| Petitioner, | |
| v. | Civil Action No. 2:09-cv-5362 (WJM) |
| CRAIG AVENT, | ORDER |
| Respondent. | |

Upon Respondent Craig Avent's failure to comply with the Internal Revenue Service summons issued on May 8, 2009 ("IRS Summons") directing Respondent to appear before Revenue Officer Julia A. Champion to testify and to produce the books, records and other documents demanded in the summons; and

Upon Respondent's further failure to comply with this Court's October 23, 2009 Order for Respondent Craig Avent to either give notice of his intent to comply with the aforementioned IRS Summons or appear before this Court on December 17, 2009; and

Upon other such good cause being shown:

**IT IS** on this __18th__ day of __December__, 20__09__,

**ORDERED,** that Petitioner The United States of America's order to show

cause is granted and Respondent Craig Avent is hereby ordered to comply with the IRS Summons within thirty (30) days of service of this Order upon Respondent.

**IT IS FURTHER ORDERED,** that Petitioner shall serve Respondent Craig Avent with a copy of this Order, together with the IRS Summons, the petition and exhibits and this Court's October 23, 2009 Order. Should Petitioner's reasonable attempts to serve Respondent prove unsuccessful, then Petitioner can submit a revised proposed order, along with a supporting affidavit, seeking alternative service.

HON. WILLIAM J. MARTINI
United States District Judge